ROBERT W. FREEMAN
Nevada Bar No. 3062
PAMELA L. MCGAHA
Nevada Bar No. 8181
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendant
Geico Insurance Agency, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| MIESHA EARLEY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GEICO INSURANCE AGENCY, INC., a Maryland Corporation; DOE individuals I through XX, and ROE CORPORATIONS, I through XX,<br><br>Defendants. | CASE NO. 2:14-cv-0343-JAD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and among Plaintiff MIESHA EARLEY and Defendant GEICO CASUALTY COMPANY (erroneously named herein as "GEICO INSURANCE AGENCY, INC."), by and through their respective counsel of record, that all of the

…

…

…

…

…

…

…

4815-6406-2745.1

above-entitled action shall be dismissed, with prejudice, each party to bear their own attorneys fees and costs.

DATED this 14th day of March, 2014.          DATED this 14th day of March, 2014.

LAW OFFICES OF SIGAL CHATTAH          LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Steve Dimopoulos
Steve Dimopoulos, Esq.
Nevada Bar No. 12729
5875 S. Rainbow Blvd. #204
Las Vegas, Nevada 89118
*Attorneys for Plaintiff*

By: /s/ Pamela L. McGaha
ROBERT W. FREEMAN
Nevada Bar No. 003062
PAMELA L. MCGAHA, ESQ.
Nevada Bar No. 008181
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*
*GEICO Insurance Agency*

## ORDER

**IT IS HEREBY ORDERED** that this case is DISMISSED with prejudice, each side to bear its own fees and costs.

Dated:  March 17, 2014.

_____
UNITED STATES DISTRICT JUDGE